**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR155** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **PRISCILLA FIELDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

        This matter is before the court on the motion to continue by defendant Priscilla Fields (Fields) (Filing No. 15).  The motion was held in abeyance pending the filing of an affidavit by Fields (Filing No. 17). Fields filed such an affidavit on May 25, 2007, wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act  (Filing No. 27).  Fields seeks an extension of the pretrial motion deadline set forth in the progression order (Filing No. 11).  Fields' counsel represents that counsel for the government has no objection to the motion.  Upon consideration, the motion will be granted.

        **IT IS ORDERED:**

        1.        Fields' motion to extend the pretrial motion deadline (Filing No. 15) is granted.

        2.        Fields is given until **on or before June 14, 2007,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 29, 2007 and June 14, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 29th day of May, 2007.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge